UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angelo Carrion,
   Plaintiff,

v.

CASE NUMBER: 98-2227 (HL)

M.G. Elevator System, Inc.
et al.,
Defendants.

| MOTION |
|---|
| **Date Filed:** 3/29/00   **Docket #8**   [x] Plffs [x] Defts [ ] Other<br>**Title:** Joint Motion for Extension of Discovery and Rescheduling of the Pretrial Conference |
| **ORDER** |

**Granted.** The discovery deadline is hereby continued to **June 16**, 2000. Plaintiff's counsel shall serve counsel for the defendants with a written settlement demand on or before **June 21, 1999**. Counsel for the defendants shall serve counsel for the plaintiff on or before **June 30**, 2000 a written reply accepting, rejecting or submitting a counter-proposal to plaintiff's settlement demand and a justification therefor. The pretrial and settlement conference will be held on **July 11, 2000 at 3:00 p.m.** The jury trial is hereby re-scheduled to **August 8**, 2000.

The Court notes that ample time has elapsed since the filing of this action in late 1998. Consequently, compliance with the rescheduled dates is expected as <u>NO further extensions will be granted.</u>

Date 4-10-00      HECTOR M. LAFFITTE
                             Chief U.S. District Judge