UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angelo Carrion
    Plaintiff

v.                                                          **CASE NUMBER: 98-2227 (HL)**

M.G. Elevator System, et al.
    Defendants

## ORDER

The Pretrial and Settlement Conference was held on July 11, 2000 before the undersigned. Parties informed the Court that they are in the midst of settlement negotiations.

Defendants are ordered to make available David Ramos and Jose Cuadrado for the taking of their depositions at plaintiff's counsel law firm on July 31, at 9:30 a.m. Failure to make available these two witnesses for their deposition shall result in their being precluded from testifying at trial. Dr. Mercedes Steffani is ordered to file plaintiff's Angelo Carrion's medical report no later than July 31. Defendants are ordered to produce economist Antonio Queipo's report no later than July 31.

**It is so ordered.**

Date 7/11/00                HECTOR M. LAFFITTE
                                     Chief U.S. District Judge

