AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL DISTRICT OF PUERTO RICO

TO FRCP RULES 58 & 79a

ANGELO CARRION

**JUDGMENT IN A CIVIL CASE**

V.

M.G. ELEVATOR SYSTEM, INC.
COOPERATIVA DE SEGUROS MULTIPLES
PUERTO RICO

Case Number: 98-2227 (HL)

**X Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff Angelo Carrion take nothing from defendants M.G. Elevator System, Inc.------------------------------

August 16, 2000
Date

FRANCIS RIOS DE MORAN
Clerk

Minerva Figueroa
(By) Deputy Clerk